Triaxx Prime CDO 2006-1, Ltd., v. JP Morgan Chase & Co.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand eighteen.

PRESENT: DENNIS JACOBS,
ROSEMARY S. POOLER,
RICHARD C. WESLEY,
            Circuit Judges.

- - - - - - - - - - - - - - - - - -X
TRIAXX PRIME CDO 2006-1, LTD., TRIAXX
PRIME CDO 2006-2, LTD., TRIAXX PRIME
CDO 2007-1, LTD.,
            Plaintiffs-Appellants,

            -v.-                                    18-939

1

**U.S. BANK NATIONAL ASSOCIATION, THE**
**BANK OF NEW YORK MELLON,**
　　　　　**Defendants-Appellees,**

**JP MORGAN CHASE & CO.,**
　　　　　**Defendant.**
- - - - - - - - - - - - - - - - - -X

FOR APPELLANTS:　　　　　　John G. Moon (Kerrin T. Klein, <u>on the brief</u>), Olshan Frome Wolosky LLP, New York, NY.

FOR APPELLEES:　　　　　　Michael T. Marcucci (David F. Adler, <u>on the brief</u>), Jones Day, Boston, MA; Matthew D. Ingber (Christopher J. Houpt, Silvia A. Babikian Pacia, <u>on the brief</u>), Mayer Brown LLP, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Buchwald, <u>J</u>.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

This case involves claims by Plaintiffs-Appellants Triaxx Prime CDO 2006-1, Ltd., Triaxx Prime CDO 2006-2, Ltd., and Triaxx Prime CDO 2007-1, Ltd. (collectively, "Triaxx") against the trustees of 45 trusts holding residential mortgage-backed securities. Triaxx alleges that the trustees, Defendants-Appellees U.S. Bank National Association and The Bank of New York Mellon, breached their contractual obligations and fiduciary duties, and failed to avoid conflicts. By order of the United States District Court for the Southern District of New York (Buchwald, <u>J</u>.), Triaxx's Third Amended Complaint was dismissed in its entirety on the grounds that Triaxx lacks standing to assert its

contract claims, and its tort claims and claim for equitable relief fail to state claims upon which relief can be granted.

For the reasons stated by Judge Buchwald in her thorough and thoughtful opinion, the judgment of the district court is AFFIRMED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK